UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARO MANDOYAN and LEE MANDOYAN, individually and as parents and natural guardians of B.M., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> GLAXOSMITHKLINE LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. <br> 15-13564-FDS |

## ORDER CONCERNING FILING OF SHORT-FORM COMPLAINT

**SAYLOR, J.**

On July 8, 2016, this Court issued an order requiring plaintiffs to file Short-Form Complaints by August 8, 2016. (MDL Order No. 16). By the terms of this Court's June 23, 2016 order (MDL Order No. 1A), all pleadings and other papers related to this MDL are to be filed in the United States District Court for the District of Massachusetts, not with the transferor court.

On August 8, 2016, plaintiffs filed their Short-Form Complaint with the United States District Court for the District of New Jersey instead of with this Court.

On September 14, 2016, GlaxoSmithKline LLC filed a motion to dismiss this case for failure to prosecute and/or comply with this Court's orders.

Plaintiffs are hereby ORDERED to file their Short-Form Complaint with the Clerk of this court within 14 days (that is, on or before December 12, 2016). Failure to do so may result in sanctions, including the possibility of dismissal for failure to comply with an order of the Court.


**So Ordered.**

                                        /s/ F. Dennis Saylor  
                                        F. Dennis Saylor IV  
Dated:  November 28, 2016         United States District Judge